**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jose Salomechavez v. The State of Texas

Appellate case number:    01-19-00782-CR

Trial court case number:   1570446D

Trial court:                371st District Court of Tarrant County

      The appellant's motion for rehearing is **denied**.

      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____

                     ☐ Acting individually     ☑ Acting for the Court


Panel consists of Justices Keyes, Kelly, and Landau.




Date: ___December 22, 2020____